# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

150643(92)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 150643
COA: 313670
Wayne CC: 94-000424-FH

BOBAN TEMELKOSKI,
          Defendant-Appellant.
_____/

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before April 22, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2016

